■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK REYES, Appellant. [697 NYS2d 11] —Judgment, Supreme Court, New York County (Budd Goodman, J., on suppression motion; Allen Alpert, J., at plea and sentence), rendered January 9, 1997, convicting defendant of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 11 to 22 years, unanimously affirmed.

The record establishes that defendant made a voluntary, knowing, and intelligent waiver of his right to appeal (see, People v Moissett, 76 NY2d 909). Moreover, the waiver specifically encompassed the motion court's suppression ruling. Since defendant raises no claims that fall under the categories of issues that survive a waiver of the right to appeal, appellate review is foreclosed (People v Seaberg, 74 NY2d 1). Concur—Ellerin, P. J., Wallach, Lerner, Rubin and Buckley, JJ.

■ In the Matter of VICTORIA VICKY F. and Others, Children Alleged to be Permanently Neglected. VICTOR Z., Appellant; CARDINAL McCLOSKEY SERVICES et al., Respondents. [696 NYS2d 160] —Orders of disposition, Family Court, New York County (Rhoda Cohen, J.), entered on or about July 21, 1997, which, to the extent appealed from, upon a finding of permanent neglect, terminated the parental rights of respondent putative father and committed custody and guardianship of the subject children to the Commissioner of Social Services and petitioner agency for the purpose of adoption, unanimously affirmed, without costs.

Based largely on its assessments of witness credibility, Family Court properly found by clear and convincing evidence that petitioner agency exercised "diligent efforts" to reunite respondent with the subject children (Matter of Sheila G., 61 NY2d 368, 384), and that he nonetheless failed to stay in contact with the children during the relevant statutory period, or to plan for their future (see, Matter of Star Leslie W., 63 NY2d 136, 143-145). The record also sufficiently demonstrates that the disposition is the option most in accord with the children's best interests (see, supra, at 147-148). Concur—Ellerin, P. J., Wallach, Lerner, Rubin and Buckley, JJ.